IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2019 AUG -7 PM 3: 48

DEPUTY CLERK_____

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | |
| PAULINO GOMEZ BETANCOURT, AKA "PRIMITIVO TELLO MONTES" (01) | **FILED UNDER SEAL** |
| JOSE MARIA UVALLE (02) | **3-19CR-371-L** |
| JEFER RODRIGUEZ ROSALES (03) | |
| TERESA ONOFORE FRANCO (04) | |
| LESLY ANAISS MURGA (05) | |

## **INDICTMENT**

The Grand Jury charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Between in or about May 2019, and in or about August 2019 in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Paulino Gomez Betancourt, aka "Primitivo Tello Montes," Jose Maria Uvalle, Jefer Rodriguez Rosales, Teresa Onofore Franco,** and **Lesly Anaiss Murga** knowingly and intentionally combined, conspired, confederated and agreed with each other and other persons known and unknown to the Grand Jury, to possess with intent to distribute five hundred grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(A).

<u>Count Two</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C))

On or about June 14, 2019, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Jose Maria Uvalle** and **Jefer Rodriguez Rosales** knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), the penalty for which is found at 21 U.S.C. § 841(b)(1)(C).

<u>Count Three</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C))

On or about July 15, 2019, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Paulino Gomez Betancourt, aka "Primitivo Tello Montes,"** knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), the penalty for which is found at 21 U.S.C. § 841(b)(1)(C).

## Count Four
### Possession with Intent to Distribute a Controlled Substance
### (Violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C))

On or about June 15, 2019, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Teresa Onofre Franco** knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1), the penalty for which is found at 21 U.S.C. § 841(b)(1)(C).

<u>Count Five</u>
Conspiracy to Launder Drug Proceeds
(Violation of 18 U.S.C. § 1956(a)(1)(B)(i) and (ii) and 1956(h))

In or about June 2019, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Lesly Anaiss Murga** did knowingly combine, conspire, confederate, and agree with others known and unknown to the grand jury, to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce which involved the proceeds of specified unlawful activity, to wit: conspiracy to possess with intent to distribute and possession with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 846 and 841(a)(1), knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity and (1) knowing that the transactions were designed in whole or part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity and (2) knowing that the transactions were designed in whole and in part to avoid a transaction reporting requirement under Federal law.

In violation of 18 U.S.C. § 1956(a)(1)(B)(i) and (ii) and 1956(h).

Forfeiture Notice
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461
and 18 U.S.C. § 924(d) and 21 U.S.C. § 853(a))

Upon conviction for Counts One through Five, pursuant to 21 U.S.C. § 853(a), the defendants, **Paulino Gomez Betancourt, aka "Primitivo Tello Montes," Jose Maria Uvalle, Jefer Rodriguez Rosales, Teresa Onofore Franco,** and **Lesly Anaiss Murga** shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the respective offense. This specifically includes:

- $53,680 in USC seized from **Lesly Anaiss Murga** on 06/18/2019 in Sweetwater, Texas.

- $4,773 in USC seized from **Jose Maria Uvalle** on 07/18/2019 at 1448 Celeste Dr., Dallas, Texas.

- 1 Runner Runner Arms AR-15 rifle (S/N GTX11689) seized from **Jose Maria Uvalle** on 07/18/2019 at 1448 Celeste Dr., Dallas, Texas.

- 1 Runner Runner Arms AR-15 rifle (S/N GTX12105) seized from **Jose Maria Uvalle** on 07/18/2019 at 1448 Celeste Dr., Dallas, Texas.

- 1 Aero Precision Arms AR-15 rifle (S/N X116906) seized from **Jose Maria Uvalle** on 07/18/2019 at 1448 Celeste Dr., Dallas, Texas.

- 1 Aero Precision Arms AR-15 rifle (S/N X116905) seized from **Jose Maria Uvalle** on 07/18/2019 at 1448 Celeste Dr., Dallas, Texas.

- Multiple loaded magazines for rifles seized from **Jose Maria Uvalle** on 07/18/2019 at 1448 Celeste Dr., Dallas, Texas.

- 1 pistol grip 12 gauge shotgun (S/N unknown) seized from Jefer Rodriguez Rosales on 07/18/2019 at 9514 Olde Towne Row, Dallas, Texas.

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
E-mail: philip.meitl@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

PAULINO GOMEZ BETANCOURT,
AKA "PRIMITIVO TELLO MONTES" (01)
JOSE MARIA UVALLE (02)
JEFER RODRIGUEZ ROSALES (03)
TERESA ONOFORE FRANCO (04)
LESLY ANAISS MURGA (05)

INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Counts 1)

21 U.S.C. § 841(a)(1)and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance
(Counts 2- 4)

18 U.S.C. § 1956(a)(1)(B)(i) and (ii) and 1956(h)
Conspiracy to Launder Drug Proceeds
(Count 5)

21 U.S.C. § 853(a)
Forfeiture Notice

5 Counts

A true bill rendered

_____
DALLAS                                                          FOREPERSON

Filed in open court this ___7___ day of August, 2019.

---

**Warrant to be Issued for all Defendants**

---

*[signature]*

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending