United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of                                                                                                    214/753-2400
U.S. Magistrate Judge David L. Horan

August 13, 2019

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

      Re:    Nos. 3:19-cr-371-L, *USA v. Betancourt et al.*

Dear Ms. Mitchell:

      Pursuant to the provisions of 28 U.S.C. § 455, I would appreciate it if you would please reassign the above-referenced cases to another magistrate judge for any matters that may be referred going forward in accordance with the usual procedure.

Sincerely,

David L. Horan

cc:    Judge Lindsay