AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern District of Texas

US MARSHALS SERVICE N/TX
DALLAS, TEXAS
2019 AUG -9 P 3:27

UNITED STATES OF AMERICA

V.

Paulino Gomez Betancourt
aka Primitivo Tello Montes

**WARRANT FOR ARREST**

Case Number: 3:19-cr-00371-L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Paulino Gomez Betancourt_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petiton    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her (brief description of offense)

Conspiracy to Possess with Intent to Distribute a Controlled Substance
Possession with Intent to Distribute a Controlled Substance

in violation of Title   21   United States Code, Section(s)   846; 841(a)(1) & (b)(1)(C)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_
Signature of Issuing Officer

Magistrate Judge Renee H Toliver    8/8/2019    Dallas, TX
                                     Date         Location

By:  s/E. Monk
     Deputy Clerk

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Dallas Texas

| DATE RECEIVED 8/9/19 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/9/19 | TFO Hunter Palmer |  |

1122600