AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

## UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Primitivo Tello Montes<br><br>*Defendant* | )<br>)  Case No.<br>)<br>)  3-19MJ632-BT<br>)<br>) |

Filed 2019 JUL 18 PM 2:55

### ARREST WARRANT

To: Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Primitivo Tello Montes,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   21 U.S.C. § 841 - POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

Date: 07/16/2019

*Issuing officer's signature*

City and state: DALLAS, TEXAS

REBECCA RUTHERFORD, U.S. MAG. JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/16/19, and the person was arrested on *(date)* 7/16/19
at *(city and state)* Dallas, Texas (75216).

Date: 7/17/19

*Arresting officer's signature*

TFO Hunter Palmer
*Printed name and title*

DEA                                                                                                    1122600