UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No: 3:19-CR-00371-L |
| | § | |
| PAULINO GOMEZ BETANCOURT (1) | § | |
| TERESA ONOFORE FRANCO (4) | § | |

## ORDER RESETTING TRIAL

Before the court is Defendant Paulino Gomez Betancourt's Unopposed Motion for Continuance of Trial and Pretrial Deadlines (Doc. 66), filed March 10, 2020. The Government and Co-Defendant do not oppose the motion. Upon consideration of the motion, and the applicable law, and in accordance with the findings set forth below, the court determines that the motion should be and is hereby **granted**.

Defendant Betancourt requests a continuance because defense counsel needs additional time to discuss options and potential resolutions prior to trial. In accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), the court finds that the ends of justice served by granting the motion outweigh the best interest of the public and Defendants in a speedy trial. In this regard, the court has considered factors that indicate that failure to grant the motion would deny counsel for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, any period of delay resulting from the court's granting the motion for continuance shall be excluded in computing the time within which the trial of this cause must commence under 18 U.S.C. § 3161.

Accordingly, the current trial setting of April 13, 2020 is hereby **vacated**, and this case is **reset** for trial on **Tuesday, July 14, 2020,** at **9:00 a.m.**

The following revised scheduling order is issued for both above-named Defendants:

**Motion Deadline**: April 24, 2020, at 4:00 p.m.

**Motion Response Deadline**: May 8, 2020, at 4:00 p.m.

**Replies:**   No replies to any motion may be filed without leave of court.

**Trial Setting**: Tuesday, July 14, 2020, at 9:00 a.m.

**The court's response-to-motion deadline is the date listed only if the motion is filed on the motion deadline; otherwise, the response should be filed in accordance with the court's Local Rules of Criminal Procedure.**

All other portions of the court's original Criminal Trial Scheduling Order remain in effect.

**It is so ordered** this 13th day of March, 2020.

_____
Sam A. Lindsay
United States District Judge