IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

AMENDED SPECIAL ORDER NO. 13-5

COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES
CREATED BY THE COVID-19 PANDEMIC

Given the significant increase in reported COVID-19 cases in the Dallas Division, civil and criminal jury trials scheduled to be held in the Dallas Division between the date of this Order and through July 17, 2020, are hereby continued.

The Court finds that the ends of justice served by ordering continuances in criminal cases in the Dallas Division outweigh the best interests of the public and each defendant's right to a speedy trial for the reasons outlined in Special Order No. 13-5. Therefore, the time period of the continuances implemented by this Order are excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED** this 19th day of June, 2020.

BARBARA M.G. LYNN
CHIEF JUDGE