UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § Case Number: 3:19-CR-371-L |
| | § |
| PAULINO GOMEZ BETANCOURT, | § |
| AKA "PRIMITIVO TELLO MONTES" (01) | § |
| Defendant. | § |

## WAIVER OF RIGHT TO APPEAR IN PERSON AND CONSENT TO PLEAD GUILTY BY VIDEO CONFERENCE

I have signed the documents necessary in order to plead guilty and am ready to enter my plea.

I understand that I have a right to appear in person with my attorney to enter my plea of guilty in open court, and to consult privately with my attorney during the guilty plea.

I understand that due to the global pandemic caused by the novel coronavirus (COVID-19), court proceedings in this district have been postponed, or continued, in order to protect the health and safety of all parties, including me, my attorney, court personnel, and the public.

I understand that this Court is authorized to conduct plea hearings by video conference, if I agree, after conferring with my attorney.

I have fully discussed my right to appear in person with my attorney. I understand that if I consent to enter my guilty plea by video conference, I will be in a different location than the judge and my attorney, and that this may impact my ability to consult privately with my attorney.

After consulting with my attorney, I believe that delaying my plea will result in serious harm to the interests of justice, and that it is in my best interests to proceed with a guilty plea by video conference now instead of waiting for an in-person court appearance later.

I agree that I have either read this waiver and consent form, or had it read to me, and that I have fully discussed it with my attorney. I understand that by signing this waiver and consent form, I am giving up my right to appear in person to enter my guilty plea.

After consulting with my attorney, I knowingly and voluntarily consent to have my plea hearing conducted by video conference.

_Paulino Gomez.B_  3/22/2021       _/s/_  3/22/2021
Defendant        Date         Attorney for Defendant     Date